FILED
May 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002621670

2
Michael F. Burkart, Trustee
5150 Fair Oaks Blvd., #101-185
Carmichael, CA 95608
Tel: (916) 485-0412
E-mail: burkart@cwo.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**PAUL MARVIN MORLAS**,<br><br>Debtor. | Case No. 08-24692-C-7<br><br>Chapter 7<br><br>(No hearing required) |

### TRUSTEE'S REPORT AS TO STATUS OF ASSET CASE

The undersigned Trustee, in the above-captioned Bankruptcy Estate, represents the following as the present status of this bankruptcy case:

This was a single-asset case comprised of an account receivable in the original amount of $95,000.00 due from Baronet Co., Inc, et al, created from a subcontract for electrical wiring in conjunction with the construction of a new apartment complex located in Suisun City, Solano County, California. As a result of a dispute between the Debtor and the owner, Baronet Company refused to pay the balance due under the subcontract for the electrical work completed. The Debtor filed a complaint for collection in Superior Court of Solano County and subsequently filed a Petition under this Chapter 7 proceeding.

The undersigned Trustee removed this pending legal action to Bankruptcy Court under Adversary Action No. 08-02360. Despite several negotiations to settle the dispute including formal mediation, the action continued toward trial with the defendant requesting a jury trial. As a result, the legal action was then removed to the Federal District Court of the Eastern District of California before Judge Mendez. At the conclusion of a one-week trial which commenced on April 5, 2010, the Jury rendered a verdict of $73,000 in favor of the Trustee and the Bankruptcy Estate.

There will now be a hearing before the Federal District Judge, which is scheduled for July 7, 2010, to determine an additional award for statutory interest accrued on the claim together with the associated legal fees in favor of the Bankruptcy Estate.

The Trustee anticipates that this case could wrap up in the fourth quarter of 2010 after filing fiduciary income tax returns for the Bankruptcy Estate, assuming that Baronet pays the full amount of the verdict and does not file an appeal. Expect TFR in 4th QTR of 2010.

Respectfully submitted,

Dated:  May 1, 2010         /s/ Michael F. Burkart
Michael F. Burkart, Chapter 7 Trustee